```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                    Plaintiff(s)

        -vs-                                    98-CR-6069T

     MICHAEL GOGGANS

                    Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

    S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated:  Rochester, New York
        October 18, 2005